Woods et al. vs. Freeman, guardian of Rainey—Skinner vs. Ellington.

## WOODS ET AL. vs. FREEMAN, GUARDIAN OF RAINEY.

See Woods and others vs. Rainey, page 484.

Error to Greene Circuit Court.

WINSTON, for plaintiffs in error.

EDWARDS & PRICE, for defendants in error.

GAMBLE, J., delivered the opinion of the court.

The petition in this case, being like that in the case of Woods & others vs. Sarah Rainey, and having the same defects, the judgment in this case will be reversed and the cause remanded, that the plaintiff below may amend and the cause proceed.